UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TOYE MCDADE,

    Plaintiff,                           CASE NO.:   1:22cv21561

vs.

CARNIVAL CORPORATION D/B/A
CARNIVAL CRUISE LINE,

    Defendant.
_____/

## COMPLAINT

COMES NOW the Plaintiff, TOYE MCDADE, by and through his undersigned counsel and sues the Defendant, CARNIVAL CORPORATION D/B/A CARNIVAL CRUISE LINE, and alleges as follows.

## GENERAL ALLEGATIONS

1. This is an action for damages that exceeds $75,000.00, exclusive of costs, interest and attorney's fees, the sum specified by 28 U.S.C. '1332.

2. This is an action for damages resulting from injuries received by Plaintiff, TOYE MCDADE, while a passenger on board the vessel, Carnival Paradise.

3. The Plaintiff, TOYE MCDADE, at all times material herein, is a resident of Albany, Dougherty County, GA.

4. At all times material herein, the Defendant, CARNIVAL CORPORATION D/B/A CARNIVAL CRUISE LINE, is a corporation doing business in Miami-Dade County, and owned, managed, and operated a vessel known as the Carnival Paradise, which is a passenger cruise liner sailing from Tampa, Florida to Grand Cayman and Cozumel.

1

5.  This is a case of admiralty and maritime jurisdiction, as hereinafter more fully appears.

6.  Venue is based on 18 U.S.C. '1391(a) as a substantial part of the events or omissions giving rise to this Complaint occurred in the Southern District of Florida.

COUNT I

Plaintiffs reallege and reaver paragraphs 1 through 6 as though fully set forth herein.

7.  At all times material hereto, Plaintiff was on board the vessel as a fare paying passenger for a cruise from Tampa, Florida to Grand Cayman and Cozumel.

8.  On or about March 24, 2022, Plaintiff was walking down the corridor to the elevator on the 9th floor and tripped and fell over an electrical cord, causing Plaintiff severe injuries.

9.  At all times material hereto, the Defendants, CARNIVAL CRUISE LINE, owed the Plaintiff a duty of care to provide the vessel in a reasonably safe condition, to provide for her safety, and to guard against potential hazards and dangerous conditions on board the vessel, and in particular, owed a duty to warn the Plaintiff and other passengers of the dangerous conditions in the ingress and egress to the pier from the vessel.

10. The Defendants, CARNIVAL CRUISE LINE breached their duty of care and were negligent in the following respects:

   a.  the Defendants failed to warn the Plaintiff and others of the potential danger in the egress and ingress to and from the vessel;

   b.  the Defendants failed to provide proper means of ingress and egress on the vessel;

   c.  the Defendants failed to maintain the corridor in a safe condition; and

      d.    the Defendants failed to require that the corridor of the vessel be maintained in such a manner so as to present unsafe conditions during ingress and egress;

11.    The above-referenced conditions were known to the Defendants, CARNIVAL CRUISE LINE or had existed for a sufficient length of time so that the Defendants, CARNIVAL CRUISE LINE, should have known of them.

12.    As a direct and proximate result of the negligence of the Defendants, CARNIVAL CRUISE LINE, the Plaintiff, TOYE MCDADE, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition.  The injuries or losses are either permanent or continuing in nature and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, TOYE MCDADE, demands judgment for damages against Defendants, CARNIVAL CRUISE LINE in an amount in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), together with post-judgment and pre-judgment interest at the legal rate and the cost and disbursement of this action and demands a trial by jury of all issues triable by jury.

**DATED** this **20th** day of May, 2022.

**SERVICE EMAIL:**
SERVICE@UITERWYKLAW.COM

                            ABRAHAMSON & UITERWYK
                            900 W. Platt Street
                            Tampa, FL 33606
                            Telephone: (813) 222-0500
                            Facsimile: (813) 221-4738
                            jpimenta@uiterwyklaw.com
                            */s/ Justin Pimenta*

                            _____
                            JUSTIN W. PIMENTA, ESQ., PARTNER
                            Florida Bar No.:  0619868